

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VNA, INC. d/b/a VNA HOME HEALTHCARE OF EL PASO, | § | No. 08-12-00083-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 327th Judicial District Court |
| | § | |
| MARIA FIGUEROA, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC#2011-2052) |

## J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal for want of jurisdiction. Costs of this appeal are assessed against Appellant. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.